**No. 58128.**—Border Brokerage Co. *v.* United States, protests 135908–K, etc. (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Geo. S. Bush & Co., Inc.* v. *United States* (41 C. C. P. A. 33, C. A. D. 525), the claim of the plaintiff was sustained. It was held that the value of the items involved is the percentage of the appraised value of said power saws, as noted in green ink on the invoices by the examiner.